**GENESIS MICROCHIP INCORPORATED and Genesis Microchip (Delaware) Inc., Defendants–Appellants.**

No. 05–1538.

United States Court of Appeals, Federal Circuit.

April 6, 2006.

**G3 GENUINE GUIDE GEAR,**
**Plaintiff–Appellant,**

v.

**BLACK DIAMOND EQUIPMENT,**
**Defendant–Appellee.**

No. 05–1462.

United States Court of Appeals, Federal Circuit.

April 6, 2006.

Rehearing and Rehearing En Banc Denied May 22, 2006.

Before SCHALL, GAJARSA, and DYK, Circuit Judges.

### *Judgment*

PER CURIAM

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.